■ ESTELLE HOPFAN et al. v JOSEPH HARRIS. — Order of this court entered on October 28, 1980 amended so that permission to appeal to the Court of Appeals be granted to the plaintiffs-respondents cross-appellants as well as the defendant-appellant cross-respondent. Concur — Kupferman, J.P., Birns, Fein, Sandler and Sullivan, JJ.